IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-30577
Summary Calendar
_____


JOHN F. CHAMBERS, ET AL.,

                                                    Plaintiff,

JOHN F. CHAMBERS,

                                            Plaintiff-Appellant,

                              versus

RICHARD L. STALDER, ET AL.,

                                                    Defendant,

RICHARD L. STALDER; ED C. DAY, JR.;
ROBERT TANNER, Warden; MAJOR WHEAT;
CAPT. MYERS; LT. MILLER;
LYN H. PIGOTT; CLYDE MOODY, Sgt.,

                                            Defendants-Appellees.

_____

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 94-CV-2011-E
_____

January 13, 1997
Before GARWOOD, JOLLY, and DENNIS, Circuit Judges.

PER CURIAM:[*]

_____

[*]Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

John F. Chambers appeals from the district court's grant of summary judgment in favor of the defendants, dismissing his civil rights action. Chambers presents a litany of largely nonsensical arguments. We have reviewed the record and Chambers's brief and AFFIRM the district court's dismissal for essentially the same reasons adopted by the district court. Chambers v. Stalder, No. 94-CV-2011-E (E.D. La. May 22, 1996).

A F F I R M E D.